# EXHIBIT A

Case.net: 2622-CC13642 - LION PETROLEUM, INC. & ZARAR LODHI V. KEYBANK N.A. - Case Header

| | |
|---|---|
| **Judge/Commissioner Assigned** | MORIARTY, JOAN L |
| **Date Filed** | 10/05/2026 |
| **Location** | City of St. Louis |
| **Case Type** | CC Declaratory Judgment |
| **Disposition** | Not Disposed |
| **Financial Information** | |

**QuickFile on Behalf Of**

LION PETROLEUM, INC. - Plaintiff

**Address:** 7852 BIG BEND BLVD. ST. LOUIS, MO 63119

Represented By

PETERS, DANIEL SHEA - Attorney for Plaintiff

**Address:** 7711 CARONDELET AVE. SUITE 800 ST. LOUIS, MO 63105

---

**QuickFile on Behalf Of**

KEYBANK NATIONAL ASSOCIATION - Defendant

**Address:** 4900 TIEMANN ROAD BROOKLYN, OH 44144

---

**QuickFile on Behalf Of**

LODHI, ZARAR - Plaintiff

**Address:** 7852 BIG BEND BLVD. ST. LOUIS, MO 63119
**Year of Birth:** 1994

Represented By

PETERS, DANIEL SHEA - Attorney for Plaintiff

**Address:** 7711 CARONDELET AVE. SUITE 800 ST. LOUIS, MO 63105

**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**10/21/2026**

**Counsel Status Hrng Scheduled**

This cause has been assigned to Division 20, Judge Moriarty. On the Courts own motion, this cause is now set for a Status Hearing on Monday, January 11, 2027 at 9:30 a.m. The hearing will be in person at 1114 Market Street, St. Louis, MO 63101 on the 8th floor Division 20 of the Twenty-Second Judicial Circuit Court, State of Missouri.

**Scheduled For:** 01/11/2027; 9:30 AM; JOAN L MORIARTY; Carnahan Courthouse

**10/09/2026**

**Corporation Served**

Document ID - 26-SMOS-5853; Served To - KEYBANK NATIONAL ASSOCIATION; Served Date - 10/07/2026; Served Time - 10:00:06; Service Type - SP; Reason Description - SERV; Service Text -

**Notice of Service**

Return of Service - KeyBank National Association.

**Filed By:** DANIEL SHEA PETERS

**On Behalf Of:** LION PETROLEUM, INC., ZARAR LODHI

**10/08/2026**

**Note to Clerk eFiling**

**Filed By:** DANIEL SHEA PETERS

**Memorandum Filed**

Memorandum to Court re Balance Payment.

**Filed By:** DANIEL SHEA PETERS

**On Behalf Of:** LION PETROLEUM, INC., ZARAR LODHI

**Judge/Clerk - Note**

Insufficient Filing Deposit Received. Please remit the Balance Due Amount on the attached Case Party Fee Report.

**10/07/2026**

**Order**

ORDER FOR APPOINTMENT OF PROCESS SERVER SO ORDERED: Judge Joan L. Moriarty #33057

**10/06/2026**

**Summ Issd- Circ Pers Serv O/S**

Document ID: 26-SMOS-5853, for KEYBANK NATIONAL ASSOCIATION

**10/05/2026**

**Filing Info Sheet eFiling**

**Filed By:** DANIEL SHEA PETERS

**Motion Special Process Server**

Request for Appointment of Process Server.

**Filed By:** DANIEL SHEA PETERS

**On Behalf Of:** LION PETROLEUM, INC., ZARAR LODHI

**Pet Filed in Circuit Ct**

Petition for Declaratory Judgment.

**Filed By:** DANIEL SHEA PETERS

**On Behalf Of:** LION PETROLEUM, INC., ZARAR LODHI

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| LION PETROLEUM, INC.,<br>and ZARAR LODHI<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION,<br>Serve at:<br>Attn: Legal Processing<br>4900 Tiedman Road,<br>Brooklyn, Ohio 44144<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. |

**PETITION FOR DECLARATORY JUDGMENT**

COME NOW, Plaintiffs Lion Petroleum, Inc. ("Lion") and Zarar Lodhi ("Lodhi"), collectively "Plaintiffs", by and through undersigned counsel, and state as follows for their Petition for Declaratory Judgment:

**PARTIES, JURISDICTION AND VENUE**

1. Lion Petroleum, Inc. is a Missouri corporation with its principal place of business at 4251 Lindell Boulevard, St. Louis, Missouri.

2. Zarar Lodhi is a resident of St. Louis County, Missouri and the President of Lion Petroleum, Inc.

3. KeyBank, N.A. ("KeyBank") is a national banking corporation with its principal place of business and headquarters at 127 Public Square, Cleveland, Ohio.

4. KeyBank participates in countless, daily credit card transactions throughout Missouri.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

5. Jurisdiction is proper in this Court pursuant to Section 527.010 R.S.Mo. and 506.500 R.S.Mo. because KeyBank participated in transactions in Missouri and Plaintiffs' rights and business status have been harmed and impacted by these transactions in Missouri.

6. Venue is proper in this Court because Plaintiffs' rights and business status have been harmed and impacted in St. Louis, City, Missouri.

**FACTUAL ALLEGATIONS**

7. Plaintiffs hereby re-state and incorporate allegations 1-6 as stated and alleged fully herein.

8. Lion is in the business of wholesale fuel distribution in the Midwest region, including Missouri, Illinois, Kansas, and Nebraska.

9. Lion enters into fuel supplier agreements with various retail dealer sites and convenient stores throughout the Midwest region wherein Lion agrees to provide fuel to the retail dealer sites and the retailers agree to pay for the fuel from Lion.

10. Dealer sites that carry Lion's fuel are required to maintain merchant services for credit card processing. The credit card processing system deposits funds from a dealer site into Lion's account, which is applied to fuel invoices and the remaining funds are reimbursed to the dealer site.

11. The merchant services are essential to credit card transactions.

12. Lion commonly and frequently uses PaySafe Merchant Services for credit card processing at dealer sites.

13. KeyBank maintains a formal merchant services relationship with PaySafe by serving as a registered sponsoring financial institution for PaySafe's payment processing.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

14. On or about June 2, 2026, Lion applied for and was subsequently declined its application for merchant services by NCR Voyix for a new Lion convenience store site. The reasoning for the decline was that Lion and its president, Zarar Lodhi, had been placed on the Terminated Merchant File list, hereinafter "MATCH list," maintained by Mastercard.

15. Upon inquiry to Mastercard's MATCH list services, Lion was informed that KeyBank flagged Plaintiffs for the MATCH list on or about May 11, 2026, for "Illegal Transactions."

16. The only relationship between Plaintiffs and KeyBank is Lion's merchant services relationship with PaySafe through dealer sites.

17. Plaintiffs operate many retail conveniences stores and fuel stations and provides fuel to other dealer sites.

18. Lion can only speculate as to why KeyBank flagged Plaintiffs for the MATCH list.

19. Plaintiffs did not engage in any "suspicious activity" or "illegal transactions" warranting KeyBank to place them on the MATCH list.

20. Plaintiffs were never notified by KeyBank of any suspicious activity or illegal transactions.

21. Plaintiffs were never contacted by KeyBank regarding KeyBank's intention to place Plaintiffs on the MATCH list.

22. KeyBank erroneously listed Plaintiffs on the MATCH list.

## DECLARATORY JUDGMENT

23. Plaintiffs have attempted to contact KeyBank, via phone and email, to obtain information and documentation regarding this erroneous listing by KeyBank. KeyBank has been unresponsive.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

24. Plaintiffs have attempted to dispute this erroneous listing of Plaintiffs on the MATCH list, via email and phone, but are unable to appeal to KeyBank because Plaintiffs do not have an account number or Merchant Identification number with KeyBank.

25. Plaintiffs are unable to apply for and obtain new merchant services from merchant services providers due to KeyBank's erroneous listing of Plaintiffs on the MATCH list.

26. KeyBank's erroneous listing of Plaintiffs on the MATCH list has effectively banned Plaintiffs from securing future credit card processing services.

27. Plaintiffs have suffered substantial harm, and will continue to suffer harm by KeyBank's erroneous listing of Plaintiffs on the MATCH list in that it deprives Plaintiffs of engaging in business and merchant services required and necessary to operate their stores and fuel distribution.

WHEREFORE, Plaintiffs Lion Petroleum, Inc. and Zarar Lodhi respectfully request that the Court:

A. Enter a judgment ordering KeyBank to disclose the factual basis for erroneously listing Plaintiffs on the MATCH list, including disclosing supporting and relevant documentation;

B. Enter a judgment ordering KeyBank to disclose the supporting information and investigation performed by KeyBank to reach the Reasoning Code of "Illegal Transactions" by Plaintiffs;

C. Enter a judgment declaring that Plaintiffs did not engage in any "suspicious activity" or "illegal transactions;"

D. Enter a judgment declaring that KeyBank erroneously placed Plaintiffs on the MATCH list;

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

E. Enter a judgment ordering KeyBank to request Mastercard remove Plaintiffs from the MATCH list;

F. Award Plaintiffs costs incurred in this lawsuit, including reasonable attorney's fees; and

G. Award such further relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

AMUNDSEN DAVIS LLC

/s/ *Daniel S. Peters*
Daniel S. Peters, #43416
Sara N. Holtmann, #76651
7711 Carondelet Avenue, Suite 800
St. Louis, MO 63105
Tel: (314) 719-3700
Fax: (314) 338-5007
dpeters@amundsendavislaw.com
sholtmann@amundsendavislaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5th, 2026 the foregoing was electronically filed using the Missouri e-filing system, which will send notice of the electronic filing to all registered attorneys of record.

/s/ *Daniel S. Peters*

2622-CC13642

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

In the
# CIRCUIT COURT
## City of St. Louis, Missouri

For File Stamp Only

Lion Petroleum, Inc. and Zarar Lodhi
Plaintiff/Petitioner

October 5, 2026
Date

vs.

KeyBank National Association
Defendant/Respondent

Case number

Division

# REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Lion Petroleum, Inc. & Zarar Lodhi by and through undersigned counsel (Requesting Party), pursuant to Local Rule 14, requests the appointment by the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| ABC Legal (or its agents) | 1099 Stewart St., Ste. 700 Seattle, WA 98101 | (206) 521-2885 |
| | | |
| | | |

to serve the summons and petition in this cause on the below named parties.

SERVE:
Name: KEYBANK NATIONAL ASSOCIATION ATTN: Legal Processing
Address: 4900 Tiemann Road
City/State/Zip: Brooklyn, OH 44144

SERVE:
Name:
Address:
City/State/Zip:

SERVE:
Name:
Address:
City/State/Zip:

SERVE:
Name:
Address:
City/State/Zip:

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By____________________________
Deputy Clerk

____________________________
Date

/s/*Daniel S. Peters*
Attorney/Plaintiff/Petitioner

43416
Bar No.

7711 Carondelet Ave. Ste. 800 Clayton, MO 63105
Address

(314) 719-3700
Phone No.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers. Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license. No other identification will be allowed. All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers. The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing. Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk. Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years. Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOAN L MORIARTY | **Case Number: 2622-CC13642** |
| Plaintiff/Petitioner:<br>LION PETROLEUM, INC.<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DANIEL SHEA PETERS<br>7711 CARONDELET AVE.<br>SUITE 800<br>ST. LOUIS, MO 63105 |
| Defendant/Respondent:<br>KEYBANK NATIONAL ASSOCIATION | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Declaratory Judgment | |

(Date File Stamp for Return)

**The State of Missouri to: KEYBANK NATIONAL ASSOCIATION**
**Alias:**
**4900 TIEMANN ROAD**
**BROOKLYN, OH 44144**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

***COURT SEAL OF***

***CITY OF ST LOUIS***

October 6, 2026
Date

Clerk

**Further Information:**

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ________________________________ of _____________________ County, _______________ (state).
3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with __________________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________________ (name) ________________________(title).

☐ other: ______________________________________________________________________.

Served at _________________________________________________________________ (address)

in ____________________________ (County), ____________ (state), on _________________(date)

at __________ (time).

_____________________________________ Printed Name of Officer or Server

_____________________________________ Signature of Officer or Server

**Subscribed and sworn to** before me this ____ (day) ___________ (month), ______ (year).

I am: (check one)

☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_________________________________ Signature and Title

**Service Fees**

Summons $___________

Non Est $___________

Mileage $___________ (______ miles @ $.______ per mile)

**Total** **$___________**

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

2622-CC13642

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

In the
# CIRCUIT COURT
## City of St. Louis, Missouri

SEAL OF THE MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT ST. LOUIS CITY — SUUM CUIQUE TRIBUERE

Lion Petroleum, Inc. and Zarar Lodhi
Plaintiff/Petitioner

October 5, 2026
Date

vs.

Case number

KeyBank National Association
Defendant/Respondent

Division

For File Stamp Only

FILED
OCT 07 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY ____ DEPUTY

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Lion Petroleum, Inc. & Zarar Lodhi by and through undersigned counsel, pursuant
Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| ABC Legal (or its agents) | 1099 Stewart St., Ste. 700 Seattle, WA 98101 | (206) 521-2885 |
| | | |
| | | |

to serve the summons and petition in this cause on the below named parties.

SERVE: KEYBANK NATIONAL ASSOCIATION
ATTN: Legal Processing
Name
4900 Tiemann Road
Address
Brooklyn, OH 44144
City/State/Zip

SERVE: ____
Name
Address
City/State/Zip

SERVE: ____
Name
Address
City/State/Zip

SERVE: ____
Name
Address
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By________________________
Deputy Clerk

________________________
Date

*/s/Daniel S. Peters*
Attorney/Plaintiff/Petitioner
43416
Bar No.
7711 Carondelet Ave. Ste. 800 Clayton, MO 63105
Address
(314) 719-3700
Phone No.

SO ORDERED:
[signature]
CIRCUIT JUDGE

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers. Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license. No other identification will be allowed. All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers. The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - October 05, 2026 - 03:54 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing. Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk. Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years. Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Report: CZR0086 (v9.1)

**MISSOURI JUDICIARY**
**22ND JUDICIAL CIRCUIT**
**CITY OF ST. LOUIS**
**CASE PARTY FEE REPORT**

Date: 08-Oct-2026
Time: 10:23 AM
Page: 1

**CASE ID: 2622-CC13642** **LION PETROLEUM, INC. & ZARAR LODHI V. KEYBANK N.A.**

**FEES AND ADJUSTMENTS**

**Case Fees**

| Detc Code | Description | Date | Fee Amount | Balance Due |
|---|---|---|---|---|
| 3350 | Circuit Civil Costs | 05-Oct-2026 | $83.50 | $0.00 |
| 3008 | Law Library | 05-Oct-2026 | $15.00 | $0.00 |
| 3148 | Court Restor (St L City) | 05-Oct-2026 | $45.00 | $38.00 |
| 3070 | Dom Viol-Circuit Civil | 05-Oct-2026 | $2.00 | $2.00 |
| 3069 | Spc Proc Srv-Sheriff Dep Supp | 08-Oct-2026 | $10.00 | $10.00 |
| 26-smos-5853 | | | | |
| | | **Total Fees:** | $155.50 | $50.00 |
| | | **Grand Total Case and Party Fees:** | $155.50 | $50.00 |

**RECEIPTS**

| Party Name (Party ID) | Detc Code | Description | Date | Receipt No. | Bond/ Acct ID | Void Ind. | Non-Monetary Amount | Monetary Amount |
|---|---|---|---|---|---|---|---|---|
| PETERS, DANIEL SHEA (43416) | 1109 | Credit Card-eFiling | 05-Oct-2026 | 22ST3424203 | 43416-14 | | $0.00 | $105.50 |
| | | | 2102 - Open Items In | | $105.50 | | | |
| PRC:23822851 ECF:EF45098149 | | | | | | | | |
| PETERS, DANIEL SHEA (43416) | 2101 | Open Items Out | 06-Oct-2026 | 22ST3424820 | 43416-14 | | $105.50 | $0.00 |
| | | | 3350 - Circuit Civil Costs | | $83.50 | | | |
| | | | 3008 - Law Library | | $15.00 | | | |
| | | | 3148 - Court Restor (St L City) | | $7.00 | | | |
| | | | | | **Party Total Receipts:** | | $105.50 | $105.50 |
| | | | | | **Grand Total Receipts:** | | $105.50 | $105.50 |

# PLEASE REMIT BALANCE DUE ABOVE

You will need to eFile a notice to the clerk with a credit card, e-check or debit account information for the Balance Due Amount. Please place a Note to Clerk to inform them what the fee is for.

Taxing Department (314) 622-4474

Electronically Filed - CITY OF ST. LOUIS - October 08, 2026 - 02:11 PM

IN THE CIRCUIT COURT OF ST. LOUIS CITY STATE OF MISSOURI

| | | |
|---|---|---|
| LION PETROLEUM, INC.,<br>and ZARAR LODHI,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2622-CC13642 |

**MEMORANDUM TO THE COURT**

COMES NOW Plaintiffs, by and through the undersigned counsel, and hereby notifies the Court of the payment on the 8th day of October, 2026, the supplemental Court filing fee costs of $50.00 as required per notice from the Court Clerk. Payment was made through Casenet at the time of this filing.

Respectfully Submitted,

AMUNDSEN DAVIS LLC

By: */s/ Daniel S. Peters*

Daniel S. Peters, #43416
Sara N. Holtmann
7711 Carondelet Ave., Suite 800
St. Louis, MO 63105
Tel: 314-719-3700
Fax: 314-338-5007
dpeters@amundsendavislaw.com
sholtmann@amundsendavislaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing documents was electronically filed and served upon all parties of record by the Court's electronic filing system on this 8th day of October, 2026.

*/s/ Daniel S. Peters*

Electronically Filed - CITY OF ST. LOUIS - October 09, 2026 - 09:16 AM

CIRCUIT COURT OF ST. LOUIS CITY, IN AND FOR THE STATE OF MISSOURI

| | |
|---|---|
| **LION PETROLEUM, INC., ZARAR LODHI**<br>Plaintiff/Petitioner<br>vs.<br>**KEYBANK NATIONAL ASSOCIATION**<br>Defendant/Respondent | Case No.: **2622-CC13642**<br><br>AFFIDAVIT OF SERVICE OF<br>**summons for personal service; petitiob for declartory judgment** |

Received by **Samantha Stringer**, on the **7th day of October, 2026 at 12:53 PM** to be served upon **KEYBANK NATIONAL ASSOCIATION** at **4900 Tiedeman Rd, Cleveland, Cuyahoga County, OH 44144-2338.**
On the **8th day of October, 2026 at 11:20 AM**, I, **Samantha Stringer, SERVED KEYBANK NATIONAL ASSOCIATION** at **4900 Tiedeman Rd, Cleveland, Cuyahoga County, OH 44144-2338** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Hope Castro**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Hope Castro who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**

Service Fee Total: **$100.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: [signature] N/A
Samantha Stringer Server ID # Date

Notary Public: Subscribed and sworn before me on this 8th day of Oct in the year of 2026
Personally known to me ✓ or _______ identified by the following document:

Jamie Petrus
Notary Public, State of Ohio
My Commission Expires:
March 19, 2031

NOTARIAL SEAL STATE OF OHIO

Number/Reference:______________
Type:______________
Notary Public for State of: OH
Commission Expiration: 3·19·2031

[signature]
Notary Public (Legal Signature)

FILED
OCT 2 1 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY ______ DEPUTY

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT

**Lion Petroleum, Inc., and Zarar Lodhi** )
Plaintiff, ) **Cause No.**
**v.** ) **2622-CC13642**

**Keybank National Association,** )
Defendant.

## NOTICE OF HEARING

This cause has been assigned to Division 20, Judge Moriarty. On the Courts own motion, this cause is now set for a Status Hearing on Monday, January 11, 2027 at 9:30 a.m.

The hearing will be in person at 1114 Market Street, St. Louis, MO 63101 on the 8th floor Division 20 of the Twenty-Second Judicial Circuit Court, State of Missouri.

**SO ORDERED:**

**Judge Joan L. Moriarty**